IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SAMAR J. ODEN, | Case No. 1:17cv2541 |
| Plaintiff, | MAGISTRATE JUDGE THOMAS M. PARKER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | **OPINION AND ORDER** |
| Defendant. | |

Before the Court is a joint motion to remand this case to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), and to enter judgment pursuant to Fed. R. Civ. P. 58. (ECF. Doc. No. 15.) The joint motion states that:

> Upon remand, the Appeals Council will assign Plaintiff's case to a different ALJ, who will be instructed to offer Plaintiff the opportunity for a hearing, and evaluate medical opinions from treating physician Philip Junglas, M.D., which are found in the doctor's treatment records, in exhibit26F of the certified administrative record. The ALJ also will evaluate the other medical source opinions, reassess the residual functional capacity, and issue a new decision.

Upon consideration, the parties' joint motion is GRANTED.

The Commissioner's decision is reversed and this matter is remanded for further proceedings consistent with the relief requested in the parties' joint motion, as set forth above.

A Judgment Entry will be separately published.

**IT IS SO ORDERED.**

Dated: June 13, 2018

Thomas M. Parker
United States Magistrate Judge